UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFETY SPECIALTY INSURANCE
COMPANY, and SAFETY NATIONAL
CASUALTY COMPANY,

        Plaintiffs,

v.

COUNTY OF GENESEE by its BOARD
OF COMMISSIONERS; DEBORAH CHERRY;
THOMAS A FOX; and TAMMY PUCHLAK,
as Trustee of the WALTER PUCHLAK
REVOCABLE TRUST AGREEMENT
DATED FEBRUARY 24, 2010,

        Defendants.
_____/

Case No. 1:20-cv-13290
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants County of Genesee by its Board of Commissioners and Deborah Cherry hereby appeal to the United States Court of Appeals for the Sixth Circuit from the February 8, 2022 Opinion and Order (1) Granting and Denying in Part Plaintiffs' Motion for Summary Judgment, (2) Denying Insured Defendants' Motion for Summary Judgment, and (3) Granting Claimant Defendants' Motion for Summary Judgment [Dkt. 43] and the February 8, 2022 Judgment [Dkt. 44].

Respectfully submitted,

PLUNKETT COONEY

*/s/Jeffrey C. Gerish*
Jeffrey C. Gerish (P51338)
Tanya M. Murray (P82517)
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4031
jgerish@plunkettcooney.com

***Attorneys for Defendants County of Genesee by its Board of Commissioners and Deborah Cherry***

Dated:  March 9, 2022

## CERTIFICATE OF SERVICE

I do hereby certify that on the 9th day of March, 2022, I filed the foregoing document and this Certificate of Service with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all Counsel of Record.

*/s/ Jeffrey C. Gerish*
Jeffrey C. Gerish (P51338)

Open.06002.10467.28366761-1